**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY N. SCHULTZ, an individual, and DAVID LEVY, an individual,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA; DIANE A. CASAULT, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | No. 2:22-CV-09469 AB (MAAx)<br><br>**JUDGMENT** |

　　In light of the Court's November 13, 2023 Order (Dkt. No. 36) granting with prejudice Defendants' Motion to Dismiss Plaintiffs' Complaint, **JUDGMENT** is hereby entered in favor of Defendants Diane A. Casault and United States of America.

　　IT IS SO ORDERED.

Dated: December 04, 2023

_____
Honorable André Birotte Jr.
UNITED STATES DISTRICT JUDGE

1